```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania

In re:                                                        Case No. 16-04375-RNO
Matthew John Smith                                            Chapter 13
        Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi        Page 1 of 1          Date Rcvd: Feb 09, 2017
                              Form ID: ntnew341       Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.

```
db              Matthew John Smith,   2733 Colonial Road,   Harrisburg, PA  17112-8604
cr             +Lower Paxton Township Authority,    425 Prince Street,   Harrisburg, PA 17109-3053
4848915         Allbetter Care Urgent Care,   c/o Commercial Acceptance Co,   2300 Gettysburg Rd Ste 102,
                  Camp Hill, PA  17011-7303
4848916         Aspire Care Family Med Urgent Care,   49 Prince St,   Harrisburg, PA  17109-3113
4848917         Capital One Bank USA NA,   PO Box 71083,   Charlotte, NC  28272-1083
4848918        +Client Services Inc,   3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
4848913         James P Sheppard Esquire,   2201 N 2nd St,   Harrisburg, PA  17110-1007
4848920         Jefferson Capital Systems,   c/o First National Collection Bureau,   610 Waltham Way,
                  Sparks, NV  89434-6695
4848921        +Lower Paxton Sewer Authority,   425 Prince St Ste 139,   Harrisburg, PA 17109-2892
4873815        +Lower Paxton Township Sewer Authority,   425 Prince Street, Suite 139,
                  Harrisburg, PA 17109-2892
4848923         Modern Recovery Solutions,   PO Box 500,   Newmanstown, PA  17073-0500
4848925         Rebecca A. Solarz, Esquire,   KML Law Group PC,   701 Market St Ste 5000,
                  Philadelphia, PA  19106-1541
4848912         Smith Matthew John,   2733 Colonial Rd,   Harrisburg, PA  17112-8604
4848926         Wilmington Savings Fund Society,   c/o Rushmore Loan Management,
                  15480 Laguna Canyon Rd Ste 100,   Irvine, CA  92618-2132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4848914         E-mail/Text: cio.bncmail@irs.gov Feb 09 2017 18:43:54     ACS Support - Stop 5050,
                  PO Box 219236,   Kansas City, MO  64121-9236
4848922         E-mail/Text: unger@members1st.org Feb 09 2017 18:44:26     Members First Federal Credit Union,
                  5000 Louise Dr,   Mechanicsburg, PA  17055-4899
4848924         E-mail/Text: bkrpt@retrievalmasters.com Feb 09 2017 18:44:03     Quest Diagnostics,
                  c/o American Medical Collection Ag,   4 Westchester Plz Ste 110,   Elmsford, NY  10523-1615
                                                                                   TOTAL: 3


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4848919*        Department of Treasury,   PO Box 804527,   Cincinnati, OH  45280-4527
                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           bkgroup@kmllawgroup.com
          James P Sheppard   on behalf of Debtor Matthew John Smith jamespsheppard@comcast.net,
           dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
          Joseph R. Baranko, Jr.   on behalf of Creditor   Lower Paxton Township Authority
           josephb@slusserlawfirm.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Matthew John Smith<br>aka Matt Smith, aka Matthew J. Smith, aka Matthew Smith<br>Debtor(s) | Chapter 13<br><br>Case No. 1:16–bk–04375–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above–referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: March 2, 2017<br><br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 9, 2017 |