```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                   Case No. 16-04375-RNO
Matthew John Smith                                       Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi           Page 1 of 1           Date Rcvd: Mar 07, 2017
                              Form ID: ntcnfhrg         Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
```
db              Matthew John Smith,    2733 Colonial Road,    Harrisburg, PA 17112-8604
cr             +Lower Paxton Township Authority,    425 Prince Street,    Harrisburg, PA 17109-3053
4848915         Allbetter Care Urgent Care,    c/o Commercial Acceptance Co,    2300 Gettysburg Rd Ste 102,
                  Camp Hill, PA 17011-7303
4848916         Aspire Care Family Med Urgent Care,    49 Prince St,    Harrisburg, PA 17109-3113
4848917         Capital One Bank USA NA,    PO Box 71083,    Charlotte, NC 28272-1083
4848918        +Client Services Inc,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
4848913         James P Sheppard Esquire,    2201 N 2nd St,    Harrisburg, PA 17110-1007
4848920         Jefferson Capital Systems,    c/o First National Collection Bureau,    610 Waltham Way,
                  Sparks, NV 89434-6695
4848921        +Lower Paxton Sewer Authority,    425 Prince St Ste 139,    Harrisburg, PA 17109-2892
4873815        +Lower Paxton Township Sewer Authority,    425 Prince Street, Suite 139,
                  Harrisburg, PA 17109-2892
4848923         Modern Recovery Solutions,    PO Box 500,    Newmanstown, PA 17073-0500
4848925         Rebecca A. Solarz, Esquire,    KML Law Group PC,    701 Market St Ste 5000,
                  Philadelphia, PA 19106-1541
4848912         Smith Matthew John,    2733 Colonial Rd,    Harrisburg, PA 17112-8604
4848926         Wilmington Savings Fund Society,    c/o Rushmore Loan Management,
                  15480 Laguna Canyon Rd Ste 100,    Irvine, CA 92618-2132
4891658        +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4848914         E-mail/Text: cio.bncmail@irs.gov Mar 07 2017 19:19:05      ACS Support - Stop 5050,
                  PO Box 219236,   Kansas City, MO 64121-9236
4848922         E-mail/Text: unger@members1st.org Mar 07 2017 19:20:01      Members First Federal Credit Union,
                  5000 Louise Dr,   Mechanicsburg, PA 17055-4899
4888829         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2017 19:34:28
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4848924         E-mail/Text: bkrpt@retrievalmasters.com Mar 07 2017 19:19:29      Quest Diagnostics,
                  c/o American Medical Collection Ag,    4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4848919*       Department of Treasury,    PO Box 804527,    Cincinnati, OH 45280-4527
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor Matthew John Smith jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Joseph R. Baranko, Jr.    on behalf of Creditor   Lower Paxton Township Authority
               josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Matthew John Smith
aka Matt Smith, aka Matthew J. Smith, aka Matthew Smith
Debtor(s)

Chapter 13
Case No. 1:16−bk−04375−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 5, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 26, 2017 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: karendavis

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: March 7, 2017