```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                Case No. 16-04375-RNO
Matthew John Smith                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: karendavi    Page 1 of 1    Date Rcvd: May 09, 2017
                 Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
        +Union Deposit Corporation,   750 East Park Drive,    Harrisburg, PA 17111-2758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
         bkgroup@kmllawgroup.com
        James P Sheppard    on behalf of Debtor Matthew John Smith jamespsheppard@comcast.net,
         dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
        Joseph R. Baranko, Jr.     on behalf of Creditor    Lower Paxton Township Authority
         josephb@slusserlawfirm.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| Matthew John Smith | : | |
| aka Matthew J. Smith | : | CASE NO. 1:16-bk-04375 RNO |
| aka Matthew Smith | : | |
| aka Matt Smith | : | |
| Debtor | : | |

## AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court the entity from whom the Debtor receives income:

**Union Deposit Corporation**
**750 East Park Drive**
**Harrisburg, PA 17111**

deduct from said income the sum of $379.85 per bi-weekly pay, which equals $823.00 monthly, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

**CHARLES J. DEHART, III, ESQUIRE**
**P.O. Box 7005**
**Lancaster, PA 17604**

IT IS FURTHER ORDERED that checks issued to the Trustee pursuant to this order shall include the above-captioned docket number on the face of the check.

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, support or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that if the Debtor becomes the employee of a different employer, this order shall be deemed amended to substitute the new employer as the payor.

IT IS FURTHER ORDERED that this Order shall terminate without further order on October 31, 2021, if it is not terminated by earlier order or by conversion or dismissal of the case or by written correspondence from the Trustee.

By the Court,

Dated: May 9, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)