UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MATTHEW JOHN SMITH            :  CHAPTER 13
        Debtor(s)                     :
                                       :
        CHARLES J. DEHART, III         :
        STANDING CHAPTER 13 TRUSTEE    :
                                       :
        vs.                            :
                                       :
        MATTHEW JOHN SMITH             :
        Respondent(s)                  :  CASE NO.   1-16-bk-04375


TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this   31st   day of May, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a.  2016 Federal Income Tax return.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s) plan.
    b.  Dismiss or convert debtor(s) case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:        /s/James K. Jones
           Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this 31st day of May, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Sheppard, Esquire
2201 North 2nd Street
Harrisburg, PA   17110

                                    /s/Deborah A. Behney
                                    Office of Charles J. DeHart, III
                                    Standing Chapter 13 Trustee