```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 16-04375-RNO
Matthew John Smith                                              Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: karendavi           Page 1 of 1         Date Rcvd: Aug 03, 2017
                             Form ID: pdf010           Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
```
db              Matthew John Smith,   2733 Colonial Road,   Harrisburg, PA 17112-8604
cr             +Lower Paxton Township Authority,    425 Prince Street,   Harrisburg, PA 17109-3053
4848915         Allbetter Care Urgent Care,    c/o Commercial Acceptance Co,   2300 Gettysburg Rd Ste 102,
                  Camp Hill, PA 17011-7303
4848916         Aspire Care Family Med Urgent Care,    49 Prince St,   Harrisburg, PA 17109-3113
4848917         Capital One Bank USA NA,   PO Box 71083,   Charlotte, NC 28272-1083
4848918        +Client Services Inc,   3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
4848913         James P Sheppard Esquire,   2201 N 2nd St,   Harrisburg, PA 17110-1007
4848920         Jefferson Capital Systems,   c/o First National Collection Bureau,   610 Waltham Way,
                  Sparks, NV 89434-6695
4848921        +Lower Paxton Sewer Authority,   425 Prince St Ste 139,   Harrisburg, PA 17109-2892
4873815        +Lower Paxton Township Sewer Authority,    425 Prince Street, Suite 139,
                  Harrisburg, PA 17109-2892
4848923         Modern Recovery Solutions,   PO Box 500,   Newmanstown, PA 17073-0500
4848925         Rebecca A. Solarz, Esquire,   KML Law Group PC,   701 Market St Ste 5000,
                  Philadelphia, PA 19106-1541
4848912         Smith Matthew John,   2733 Colonial Rd,   Harrisburg, PA 17112-8604
4848926         Wilmington Savings Fund Society,   c/o Rushmore Loan Management,
                  15480 Laguna Canyon Rd Ste 100,   Irvine, CA 92618-2132
4891658        +Wilmington Savings Fund Society, FSB,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
                  Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4848914         E-mail/Text: cio.bncmail@irs.gov Aug 03 2017 18:41:54      ACS Support - Stop 5050,
                  PO Box 219236,   Kansas City, MO 64121-9236
4848922         E-mail/Text: unger@members1st.org Aug 03 2017 18:42:14      Members First Federal Credit Union,
                  5000 Louise Dr,   Mechanicsburg, PA 17055-4899
4888829         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2017 18:48:58
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4848924         E-mail/Text: bkrpt@retrievalmasters.com Aug 03 2017 18:41:59      Quest Diagnostics,
                  c/o American Medical Collection Ag,   4 Westchester Plz Ste 110,   Elmsford, NY 10523-1615
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4848919*        Department of Treasury,   PO Box 804527,   Cincinnati, OH 45280-4527
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor Matthew John Smith jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Joseph R. Baranko, Jr.    on behalf of Creditor    Lower Paxton Township Authority
               josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MATTHEW JOHN SMITH | : | |
| AKA: MATTHEW SMITH | : | |
| AKA: MATTHEW J. SMITH | : | |
| AKA: MATT SMITH | : | CASE NO. 1-16-bk-04375-RNO |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | DOCKET NO: 40 |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs | : | |
| | : | |
| MATTHEW JOHN SMITH | : | |
| AKA: MATTHEW SMITH | : | |
| AKA: MATTHEW J. SMITH | : | |
| AKA: MATT SMITH | : | |
| Respondent(s) | : | |

ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of this Court's Order dated June 28, 2017, and it having been determined that this case should be dismissed, it is

ORDERED that the above-named case of the debtor(s) be and it hereby is dismissed; and,

FURTHER ORDERED that the Court retains jurisdiction in this case for the limited purpose of considering the Request for Administration Expenses Under 11 U.S.C. Section 503(a) filed to Docket No. 41, and any responses thereto.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: August 3, 2017