```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04375-RNO
Matthew John Smith                                                  Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: TWilson     Page 1 of 1     Date Rcvd: Aug 31, 2017
                    Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db          Matthew John Smith,    2733 Colonial Road,    Harrisburg, PA   17112-8604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
         Charles J DeHart, III (Trustee)     TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
         James Warmbrodt     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
          bkgroup@kmllawgroup.com
         James P Sheppard     on behalf of Debtor Matthew John Smith jamespsheppard@comcast.net,
          dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
         Joseph R. Baranko, Jr.     on behalf of Creditor     Lower Paxton Township Authority
          josephb@slusserlawfirm.com
         United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                                           TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MATTHEW JOHN SMITH, Debtor | : : : : | CHAPTER 13 CASE NO. :1-16-bk-04375RNO |
| CHARLES J. DEHART, III, TRUSTEE Objectant | : : : | |
| vs | : : | |
| JAMES P. SHEPPARD, Respondent | : : | |

**O R D E R**

Upon consideration of Request for Administration Expenses Under 11 U.S.C. Section 503(a), and the Trustee's Objection thereto, after hearing held on August 30, 2017, it is

ORDERED AND DECREED that the Chapter 13 Trustee's Objection is SUSTAINED and payment of pre-confirmation attorney fees as proposed in the Request for Administration Expenses Under 11 U.S.C. Section 503(a) is modified to be approved for fees in the amount of $4,000.00, and for expenses in the amount of $40.00.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: August 30, 2017